UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

PHILIP SAINSBURY, :
         Petitioner, :
: No. 2:07-cr-00165
    v. : No. 2:13-cv-02495
: No. 2:16-cv-03333
UNITED STATES OF AMERICA, :
         Respondent. :

# O R D E R

**AND NOW**, this 6th day of July, 2020, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Philip Sainsbury's successive motion pursuant to 28 U.S.C. § 2255, *see* ECF Nos. 362, 375, 394, is **DENIED on the merits, in part, and DISMISSED for lack of jurisdiction, in part.**

2. Philip Sainsbury's initial § 2255 motion, docketed on or about May 7, 2013, *see* ECF No. 336, is, based upon the request of Philip Sainsbury, *see* ECF No. 404, **deemed WITHDRAWN.**

3. Any and all other claims asserted in any of Philip Sainsbury's other filings are **DIMISSED for lack of jurisdiction.**

4. This case is **CLOSED**.

5. There is no basis for the issuance of a certificate of appealability or an evidentiary hearing.

         BY THE COURT:

         */s/ Joseph F. Leeson, Jr.*
         JOSEPH F. LEESON, JR.
         United States District Judge