UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | No. 07-cr-0165-02 |
| | : | |
| PHILIP SAINSBURY, | : | |

# **O R D E R**

**AND NOW**, this 20th day of January, 2022, upon consideration of the Defendant's amended motion to reduce sentence, *see* ECF No. 431, the Government's response in opposition and sealed exhibit, *see* ECF Nos. 434 and 435, the Defendant's reply, *see* ECF No. 439, and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

The Defendant's amended motion, ECF No. 431, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

012022