UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 2:07-cr-00165-2 |
| : | |
| PHILIP SAINSBURY, : | |
| Defendant : | |

# **O R D E R**

**AND NOW,** this 2nd day of May, 2025, for the reasons set forth in the Opinion issued this date and in the Government's Response, *see* ECF No. 456; **IT IS ORDERED THAT:**

1. The Stay issued by Order dated April 15, 2024, ECF No. 463, is **LIFTED**

2. The Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and USSG § 1B1.13(b)(6), ECF No. 454, is **DENIED**.

3. This case remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge